AO 106 (Rev. 04/10) Application for a Search Warrant SD

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Jessie Harris M/W
DOB 08/18/1974
SSN #xxx-xx-9826
Currently incarcerated at the Correctional Reception Center

) Case No. 2:19-mj-234
)
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Jessie Harris M/W DOB 08/18/1974 SSN #xxx-xx-9826

located in the ———— Southern ———— District of ———— Ohio ————, there is now concealed *(identify the person or describe the property to be seized)*:

Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Christopher Majewski ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 21, 2019

*Judge's signature*

City and state: Columbus, Ohio

Elizabeth Preston Deavers, U.S. Magistrate Judge
~~US Magistrate Judge Kimberly Jolson~~
*Printed name and title*

SD

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Christopher Majewski, Task Force Officer, ATF, being duly sworn, depose and say that I am one of the lead investigators in this investigation. I have consulted with other lead investigators from the United States Marshal Service Southern Ohio Fugitive Apprehension Strike Team and the Ohio Adult Parole Authority regarding this investigation, and have probable cause to believe the following is true, based on the investigation to date:

## INTRODUCTION

1. I am currently a Parole Officer with the Ohio Department of Rehabilitation of Corrections since March of 2015, and a Task Force Officer with the Bureau of Alcohol Tobacco and Firearms since February 2017. Based on my training and experience with the Ohio Department of Rehabilitation and Corrections and the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives, I am familiar with Federal and State criminal laws pertaining to firearms and narcotics violations. I have participated in the execution of search warrants and arrests related to the above-referenced offenses.

2. The facts in this affidavit come from information received from law enforcement officials with the United States Marshal Service, Southern Ohio Fugitive Apprehension Strike Team (SOFAST), the Ohio Adult Parole Authority and my own personal observations. This affidavit is intended to reveal that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on the facts set forth in this affidavit there is probable cause to believe that inside of **Jessie HARRIS,** a Caucasian male, DOB 08/18/1974, there exists evidence of violations of Title 18 U.S.C. 922(g)(1), possession of a firearm by a convicted felon.

## PURPOSE OF AFFIDAVIT

4. Your affiant submits there is probable cause to believe that evidence of criminal activity, namely criminal violations of the federal criminal code (Title 18), § 922(g)(1) (felon in possession of a firearm) are located inside the person of Jessie HARRIS. HARRIS' history of criminal activity consists of felony convictions in the Franklin County Court of Common Pleas and Ross County Court of Common Pleas. Specifically, HARRIS previously was convicted in the Ross County Court of Common Pleas of Breaking and Entering, case

number 93CR221, in violation of O.R.C. 2911.13, a felony of the 4th degree. HARRIS was also convicted in the Franklin County Court of Common Pleas for: Involuntary Manslaughter, case number 97CR0629, in violation of O.R.C. 2903.04; Escape, case number 99CR1188, in violation of O.R.C. 2921.34; and Improperly Discharging a Firearm at or into a Habitation or School Safety Zone Without Gun Specification, case number 13CR1458, in violation of O.R.C. 2923.161. Each of these convictions, punishable by a term of imprisonment exceeding one-year, prohibit HARRIS from possessing a firearm.

## LOCATION TO BE SEARCHED

Jessie HARRIS M/W DOB 08/18/1974 SSN #xxx-xx-9826 who is currently incarcerated at the Correctional Reception Center.

## ITEMS TO BE SEIZED

Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

## PROBABLE CAUSE

5. On January 29, 2019, the United States Marshals Service Southern Ohio Fugitive Task Force (SOFAST) traveled to 213 Belvidere Avenue, Columbus OH in an attempt to locate fugitive Warren Harless. The door was opened by Jessie HARRIS, who advised officers Mr. Harless was not in the residence but allowed officers inside the residence and agreed to a search of the residence. SOFAST Task Force Officer (TFO) Joseph Yourkiewicz, who is HARRIS' parole officer with the Adult Parole Authority, was present at the residence. HARRIS has previously provided the address to Parole Officer Yourkiewicz and was given approval to reside there. TFO Rosser observed a firearm sitting on a shelf in the living room where HARRIS was sitting on the couch, being interviewed by officers.

6. The firearm was identified as a Smith & Wesson manufactured, model SW9GVE, 9mm caliber, semi-automatic pistol bearing serial number #PBZ3779. The firearm was found to be loaded with 15 rounds in the magazine and one in the chamber. Located next to the firearm on the shelf, was a wallet containing HARRIS' Ohio State Identification card. HARRIS stated to officers he did not know the firearm was in the residence. HARRIS was placed under arrest for violating his conditions of Post Release Control (PRC).

7. As officers continued to search the residence, Deputy Lupica and TFO Yourkiewicz located a small locked safe next to a bed in the upstairs master bedroom which contained clothes and personal items belonging to HARRIS. TFO Yourkiewicz asked HARRIS for the combination to the safe. HARRIS provided the combination and TFO Yourkiewicz opened

the safe and discovered a box of ammunition containing twenty-two rounds of Federal 9mm ammunition.

8. HARRIS' prior felony convictions prohibit him from possessing a firearm and/or ammunition.

## CONCLUSION

9. The recovered firearm will be swabbed for cellular material by the Columbus Division of Police Crime Laboratory for DNA analysis. If DNA profiles are recovered from the firearm, a reference standard from HARRIS is needed for comparison.

10. In view of the above mentioned facts and my training and experience in the investigation of narcotics and firearm related crimes, I have probable cause to believe that contained inside the person of Jessie HARRIS is evidence of:

    a. 18 USC 922(g)(1) – Felon in possession of a firearm.

11. Accordingly, I respectfully request that the Court issue the following:

    a. A Search Warrant for Jessie HARRIS, DOB 08/18/1974 to obtain Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.
    (a) Authority to execute the Search Warrant with force if necessary.
    (b) An Order sealing the Application, Affidavit, and Search Warrant until further Order of this Court.

FURTHER AFFIANT SAYETH NAUGHT.

Christopher Majewski
Task Force Officer ATF

Subscribed to and sworn before me this 21st day of March 2019.

HONORABLE KIMBERLY JOLSON ELIZABETH P. DEAVERS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF OHIO

3